JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 1210 CACIQUE STREET, LLC,<br><br>          Plaintiff,<br><br>     v.<br><br>CITY OF SANTA BARBARA, et al.,<br><br>          Defendant. | No.  CV 23-8152 PA (RAOx)<br><br>JUDGMENT |

In accordance with the Court's November 21, 2024 Minute Order granting the Motion for Summary Judgment filed by defendant City of Santa Barbara ("Defendant"), and the Court's April 26, 2024 Minute Order granting, in part, Defendant's Motion to Dismiss plaintiff 1210 Cacique Street, LLC's ("Plaintiff") First Amended Complaint,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1.     Defendant shall have judgment entered in its favor;

2.     Plaintiff shall take nothing; and

3.     Defendant shall have its costs of suit.

The Clerk is ordered to enter this Judgment.

DATED: November 21, 2024

_____
Percy Anderson
United States District Judge